ORDERED SEALED BY COURT

FILED
2008 JAN 24 PM 1:47

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No. '08 MJ 0214 |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF: |
| MICHAEL BENTON LAUGHEAD, | Title 18 U.S.C. § 2252(a)(4)(B) - Possession of Images of Children Engaged in Sexually Explicit Conduct |
| Defendant. | |

The undersigned Complainant, being duly sworn, states:

On or about June 5, 2007, within the Southern District of California, defendant MICHAEL BENTON LAUGHEAD, did knowingly possess one or more matters, that is, computer hard drive(s) and computer media containing digital and computer images which contained visual depictions, that had been mailed, shipped and transported in interstate and foreign commerce, and which were produced using materials which have been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(4)(B).

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Nathan Burrows
Special Agent, FBI

Sworn to me and subscribed in my presence this 24th day of January, 2008.

JAN M. ADLER
UNITED STATES MAGISTRATE JUDGE

**STATEMENT OF FACTS**

I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"), and have been so employed for approximately four-and-one-half years. I am currently assigned to the Cyber Crime Squad of the San Diego Field Office, the primary mission of which is to investigate crimes involving computer intrusions and intellectual property right violations. My experience includes the investigation of cases involving the use of computers and the Internet to defraud, to illegally access computers, to distribute child pornography, and to steal intellectual property. As part of my duties with the FBI, I investigate criminal violations relating to the child exploitation and child pornography including violations pertaining to the illegal production, distribution, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2251 and 2252(a). I have also received additional training in conducting online investigations regarding the sexual exploitation of minors, and the preservation and review of computer related evidence. Additionally, I have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media, and I have participated in the execution of numerous search warrants, which involved child exploitation and/or child pornography offenses. This complaint is based on my own investigation as well as information received from other law enforcement officers.

On March 3, 2007, in an undercover capacity, SA Jason Nestelroad, of the Detroit Division of the FBI, signed on to the Peer to Peer ("P2P") file-sharing program Limewire and conducted a search using the term "6yo." "6yo" is a term used to signify "6 years old," which is a common term known to be associated with images of child pornography. Among the responses to the search term was one from Internet Protocol ("IP") address 75.209.18.65. At approximately 11:00 PM Eastern Standard Time ("EST"), SA Nestelroad executed a "browse user" command for the individual using IP address 75.209.18.65. The "browse user" command allows a person to view the contents of the shared filed directory of the computer with whom the user has a direct P2P connection.

Subsequently, SA Nestelroad was able to connect with IP address 75.209.18.65 and obtain a list of files that user was sharing.

SA Nestelroad viewed the list of files available from IP address 75.209.18.65, which displayed several files with names consistent with child pornography. SA Nestelroad subsequently initiated two downloads from the files listed. The following descriptions relate to these two downloaded video files:

A. One video depicts a nude prepubescent female being vaginally and anally penetrated by an adult male.

B. Another video depicts a nude prepubescent female astride a nude adult male's penis.

During the download of these above listed files, SA Nestelroad captured incoming data which SA Nestelroad subsequently analyzed, determining that the IP address from which these two videos were downloaded was 75.209.18.65.

SA Nestelroad queried MaxMind, an IP geolocation service that provides information pertaining to a particular IP address, including the Internet service provider to which the IP is currently assigned, and determined that CellCo Partnership dba Verizon Wireless holds the registration on the IP address 75.209.18.65. Subsequently, a United States Department of Justice administrative subpoena was submitted to CellCo Partnership dba Verizon Wireless requesting subscriber information for the user of IP address 75.209.18.65 at 11:00 pm EST on March 3, 2007. This date and time corresponds with the time these files were obtained by SA Nestelroad. Verizon Wireless responded to the administrative subpoena request, indicating that the subscriber to IP address 75.209.18.65, between the hours of 7:12 PM and 11:32 PM EST, was Michael Laughead, 1518 Sams Hill Road, El Cajon, California 92021.

Pursuant to an authorized search warrant issued in the United States District Court, Southern District of California, on June 5, 2007, a search was conducted at 1518 Sams Hill Road, #B5, El Cajon, California. Participants in the search included agents from the FBI and other

members of the San Diego Internet Crimes Against Children ("ICAC") Task Force. Once the residence had been secured, SA Daniel Evans witnessed child pornography on the screen of one of Laughead's computers.

During the execution of the search warrant Laughead was interviewed by SA Burrows and SA Kristen Robinson. Laughead stated that he had downloaded child pornography out of curiosity and enjoys watching videos where the children are happy versus crying. Laughead stated that he had viewed videos of children younger than 10 years old engaging in sexual activity.

On October 12, 2007, SA Burrows reviewed some of the files contained two computers seized from the search warrant executed at Michael Laughead's residence, 1518 Sams Hill Road, #B5, El Cajon, California. One computer was a generic mid-tower computer and the other was a HP Pavilion laptop computer. The following descriptions relate to video files found on the generic mid-tower computer:

    A.    One video is over seven minutes long and is a compilation of many different clips. The theme of the videos tend to be adult males ejaculating on prepubescent females. Thirteen of the clips contained in the video are known child pornography.

    B.    Another video is over eleven minutes and begins with a prepubescent female performing oral sex on an adult male. The video then shows the same female masturbating herself and using a sex toy anally. The adult male then penetrates the female's anus with his finger and attempts to with his penis. This video has been identified as known child pornography.

    C.    Another video depicts two nude prepubescent females, who for over nine minutes masturbate themselves and each other. Near the end of the video one of the females handles a sex toy and inserts it into her mouth.

    D.    Another video begins with two prepubescent females masturbating themselves and each other. Midway through the video another prepubescent female joins them.

    E.    Another video shows a prepubescent female masturbating on camera.

F. Another video is a compilation of multiple videos where one or more prepubescent females is bent over and displaying her genitalia from the rear. At times the female masturbates herself. Near the end the video shows the female performing oral sex on an adult male and an adult male having vaginal sex with a prepubescent female.

G. Another video shows a prepubescent female remove her clothing and rub oil over her nude body. The female then takes two sex toys and inserts one into her mouth and the other in her vagina.

H. Another video shows an adult male having vaginal sex with a prepubescent female.

I. Another video starts with a prepubescent female in the shower with an adult male. The adult male washes and fondles the female. The video then cuts to the female lying on a bed. She performs oral sex on the male and then they proceed to have vaginal intercourse. Near the end of the video the female can be seen crying on the bed.

J. In another video a prepubescent female can be seen in a bathtub and an adult male behind the camera can be heard to ask her to show him how she cleans "down there." The film then cuts to the female performing oral sex on the male while still in the bathtub. This video has been identified as known child pornography.

K. Another video appears to be a prepubescent female using a web cam to correspond with an individual. In the video she removes her clothing and masturbates with a toy.

L. Another video shows a prepubescent female engaging in outercourse with an adult male.

M. Another video shows an adult male performing oral sex on a prepubescent female. He then inserts his penis into her vagina.

The HP Pavilion laptop contained one image of a nude prepubescent female.

**Request for Sealing**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.

Nathan Burrows
Special Agent, FBI