AO 442

unsealed 1/28/08

ORDERED SEALED BY COURT

~~United States~~ District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

1439631

**UNITED STATES OF AMERICA**

**V.**

**MICHAEL BENTON LAUGHEAD**

**WARRANT FOR ARREST**

| FILED |
| --- |
| FEB 04 2008 |
| CLERK, U.S. DISTRICT COURT |
| SOUTHERN DISTRICT OF CALIFORNIA |
| BY _____ DEPUTY |

**CASE NUMBER:** '08 MJ 0214

To:    The United States Marshal
       and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest          Michael Benton Laughead
                                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition
                                                                                      ☐ Pretrial Violation

charging him or her with (brief description of offense)

18 U.S.C. § 2252(a)(4)(B)    Possession of Images of Children Engaged in Sexually Explicit Conduct

DATE 1/25/08
ARRESTED BY FBI S/A Nathan C. STAFFORD
twelve

In violation of Title        18        United States Code, Section(s)        2252 (a)(4)(B)

RECEIVED 2008 JAN 24

W. Samuel Hamrick, Jr.
Name of Issuing Officer

STEVEN C. STAFFORD B/CA
ACTING U.S. MARSHAL
BY

Clerk of the Court
Title of Issuing Officer

Signature of Deputy

Date and Location

Bail fixed at $  NONE SET        by  _____
                                                          Name of Judicial Officer

| RETURN |
| --- |
| This warrant was received and executed with the arrest of the above-named defendant at _ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST | | |

CLASS II J          FBI          3704